UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

════════════════════════════════════

UNITED STATES OF AMERICA,

                                                    ORDER
                    v.                              05-CR-092A

SMEDLEY PRESCOD,

                              Defendant.

════════════════════════════════════

            The above-referenced case was referred to Magistrate Judge Leslie

G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(A).  On July 28, 2005, Magistrate

Judge Foschio filed a Report and Recommendation, recommending that

defendant's motion to suppress pretrial identification by witnesses expected to

testify at trial be denied.

            The Court has carefully reviewed the Report and Recommendation,

the record in this case, and the pleadings and materials submitted by the parties.

No objections having been timely filed, it is hereby

            ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the

reasons set forth in Magistrate Judge Foschio's Report and Recommendation,

defendant's motion to suppress pretrial identification by witnesses expected to

testify at trial is denied.

1

IT IS SO ORDERED.

/s/ Richard J. Arcara

_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: August 18    , 2005